No. 06-57-JMH

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON

### THE UNITED STATES OF AMERICA
v.
### WAYNE RUSSELL FUGATE, JR.

## INDICTMENT

18 U.S.C. § 922(g)(3) - unlawful user of controlled substances in possession of firearms, 2 Counts

21 U.S.C. § 844(a) - misdemeanor possession of controlled substance, 1 Count

21 U.S.C. § 841(a)(1) - possession with the intent to distribute cocaine, 1 Count

A TRUE BILL

_____
FOREPERSON

Filed in Open Court on April 6, 2006

CLERK

Bail, $ _____

Eastern District of Kentucky
**FILED**

APR 0 6 2006

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
**FILED**

APR 0 6 2006

UNITED STATES OF AMERICA

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

V.                                              INDICTMENT NO. 5:06-cr-57 JMH

WAYNE RUSSELL FUGATE, JR.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(3)

On or about March 19, 2006, in Fayette County, in the Eastern District of Kentucky,

**WAYNE RUSSELL FUGATE, JR.,**

being an unlawful user of controlled substances, to wit, Oxycodone and cocaine, did knowingly possess in and affecting commerce a firearm, to wit, a Taurus .38 caliber revolver, all in violation of 18 U.S.C. § 922(g)(3).

### COUNT 2
### 21 U.S.C. § 844(a)

On or about March 19, 2006, in Fayette County, in the Eastern District of Kentucky,

**WAYNE RUSSELL FUGATE, JR.,**

did knowingly and intentionally possess a quantity of Oxycontin pills containing

Oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 844(a).

## COUNT 3
## 18 U.S.C. § 922(g)(3)

On or about March 19, 2006, in Fayette County, in the Eastern District of Kentucky,

**WAYNE RUSSELL FUGATE, JR.,**

being an unlawful user of controlled substances, to wit, Oxycodone and cocaine, did knowingly possess in and affecting commerce the following firearms:

1. North American Arms, model NAA 22LR, .22 caliber revolver;
2. Ruger, model P-90, .45 caliber pistol;
3. Smith and Wesson, model 500 Magnum revolver;
4. Benelli Nova, 12 gauge shotgun;
5. Browning, BPS Waterfowl, 10 gauge shotgun;
6. Smith and Wesson, model 66-2, .357 caliber revolver;
7. ERMA, BP22, .22 caliber pistol;
8. Deutsche Waffen and Munitions Fabriken, 9 millimeter Luger pistol;
9. Beretta, model 8045F, .45 caliber pistol;
10. Ruger, model 22/45, .22 caliber pistol;
11. Taurus, model PT-22, .22 caliber pistol;
12. J.P. Sauer, model 60 SXS, 20 gauge shotgun;
13. Savage, model 30, 12 gauge shotgun;
14. Mauser, model 98, 8 millimeter rifle,
15. Winchester, model 94, .30-30 caliber rifle,
16. Savage, model 99F, .308 caliber rifle,
17. Franchi, model 48 AL, 12 gauge shotgun; and
18. ROHM, model RG-15, .22 caliber derringer pistol,

all in violation of 18 U.S.C. § 922(g)(3).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about March 19, 2006, in Fayette County, in the Eastern District of

2

Kentucky,

**WAYNE RUSSELL FUGATE, JR.,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
**FOREPERSON**

_____
**AMUL R. THAPAR**
**UNITED STATES ATTORNEY**

3

## **PENALTIES**

**COUNTS 1 & 3:** Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNT 2:**

First Offense: Not more than 1 year in prison, a fine of not less than $1,000, and a term of supervised release of not more than 1 year.

Second Offense: Not less than 15 days but not more than two years imprisonment, a fine of not less than $2,500, and a term of supervised release of not more than 1 year.

Third Offense: Not less than 90 days but not more than 3 years imprisonment, a fine of not less than $5,000, and a term of supervised release of not more than 1 year.

**COUNT 4:**

First Offense: Not more than 20 years imprisonment, not more than $1,000,000 fine, and not less than 3 years supervised release.

Second Offense: Not more than 30 years imprisonment, not more than $2,000,000 fine, and not less than 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 for Counts 1, 3, and 4, and $25 for Count 2.

**PLUS:** Restitution, if applicable.

4