# United States District Court
Eastern District of Kentucky
## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Mark F. Armstrong
Chief Deputy Clerk



P.O. Box 3074
Lexington, KY
40588-3074

859-233-2503

October 19, 2007

Eastern District of Kentucky
**FILED**

MAR - 6 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

U.S. Attorney's Office
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612

Re: **Plea Agreements for 2006 Lexington Criminal Cases**

Dear Clerk:

Attached please find the Original Plea Agreements pertaining to the following Lexington Criminal cases:

### See Attached List - 2006

We are returning these original plea agreements to you at this time pursuant to Deputy Letter 03-05 which directs that original plea agreements be returned to EDKY U.S. Attorney's Office. Please acknowledge receipt of these items on the bottom of this letter and return a copy to our office.

Sincerely,

Leslie G. Whitmer, Clerk

BY_____D.C.

Encl.

Received: _____
By: 3/5/09

| Case No. | Defendants |
|---|---|
| 06-1 | Emedel De Los Santos |
| | Juan Gamboa |
| | Daniel Thomas Hansis |
| 06-2 | Joseph Martin Guy |
| 06-3 | Michael Scott Johnson |
| | William Walter Blaisdell |
| 06-5 | Douglas Martin Brandon |
| 06-6 | Melissa Diana Cloud |
| 06-8 | Samuel M. Shaw |
| 06-9 | Jimmy F. Shearer |
| 06-10 | Jackie M. Gabbard |
| 06-11 | William S. Grice |
| 06-12 | Timothy Shane Romans |
| 06-13 | Dennis Michael West |
| | Maher Albir Abrahim |
| 06-15 | Roylondus Lina Mayes |
| 06-16 | Brian D. Tevis |
| 06-17 | Bobby R. Lawson |
| 06-18 | Kirk S. Bierbauer |
| 06-21 | Scott Lee Tinney |
| 06-23 | Thomas M. Ault |
| 06-24 | Ronald Gipson Baker |
| 06-27 | Connie M. Flinchum |
| | Ninya Maxine Parker |
| 06-28 | Kerry Lamont Howard |
| | James Edward Lay |
| | Kerry Andrae Parker |
| 06-29 | Ricardo Monte Fischer |
| | Michael Raymond Hale |
| 06-31 | Richard Daniel Johnson, Jr. |
| | Marcus Anthony Johnson |
| 06-32 | Nelva Holland |
| 06-33 | Cletis Merrill Adams |
| | Brenda Adams |
| 06-36 | Jerry Franklin Kidd, Jr. |
| 06-34 | Amado Cuen-Pellegrin |
| 06-37 | Nena Marie Washington |
| | Alan Douglas Henderson |
| | Melissa Stevens |
| 06-38 | Herman Morris |
| 06-39 | Jeffrey Earl Anderson |
| 06-40 | Shannon Renee Couch Griffith |
| | Jeffrey L. Miller |
| | Eddie Arnold Baker, Sr. |

|         | Eddie Arnold Baker, Jr.      |
|---------|------------------------------|
|         | Kenneth Ray Noble, Sr.       |
| 06-41   | Amos Ashcraft                |
|         | Raymond H. Estes             |
| 06-42   | Jarrod Jerome Davis          |
| 06-43   | Shane Michael Snow           |
| 06-45   | Charles Edward Adams         |
| 06-46   | Terry L. Stone               |
| 06-50   | Eric Leonard Baker           |
| 06-51   | Fernando Mroa-Gomez          |
| 06-52   | Juan Mora-Gomez              |
| 06-53   | Victor Hugo-Sandoval         |
| 06-54   | Clarence D. Dunn             |
| 06-56   | Patricio Medina-Roque        |
| 06-57   | Wayne Russell Fugate, Jr.    |
| 06-59   | James L. Sanford             |
| 06-61   | Brandon Thomas               |
| 06-62   | Dewayne Darnell Lewis        |
| 06-63   | Alexis Antone Brown          |
| 06-64   | Antonio DeLarosa Garcia      |
| 06-65   | James Cecil Cloyd            |
| 06-66   | Chris Wayne Lovell           |
| 06-67   | Joaquin Ruiz-Organista       |
| 06-69   | Miguel A. Martinez-Ceseres   |
| 06-70   | Francisco Murillo-Pena       |
| 06-71   | Bonnie Lou Craycraft         |
| 06-72   | Sandy Diane Stagges          |
| 06-73   | Christopher Patrick Lovings  |
| 06-76   | Anthony Way Wade             |
| 06-77   | Josh Dale Wheaton            |
| 06-78   | Brian Darrell Masters        |
| 06-79   | David Laron Roberts          |
| 06-80   | Jeffery Jordan               |
| 06-81   | Steven Powell                |
| 06-83   | Samuel Lawaco Clay           |
| 06-84   | Holly Eure Bakker            |
|         | Janie Carter                 |
| 06-86   | Darren Christopher Combs     |
|         | April Renae Compton          |
| 06-88   | David Gelnn Hall             |
| 06-89   | Zafar Iqbal Nasir            |
| 06-90   | Bert Lee Lewis               |
|         | Dawin Wingate                |
| 06-91   | Catherine W. Baer            |
|         | Michael Kirk Byars           |
| 06-92   | Christopher Clemons          |

| | |
|---|---|
| 06-93 | Randy Ashby |
| 06-95 | George Ruben Kadamyan |
| 06-96 | Dion Paul Barnes |
| 06-97 | William Martin Powers |
| 06-98 | Randall Ray Sharp |
| 06-100 | Steven Scott Jipson |
| 06-101 | Martin Lopez |
| 06-105 | William Mike Butcher |
| | Norman Lee Crouch |
| | Anthony "Buck" White |
| 06-106 | Jeremiah Harold Eugene Akers |
| 06-107 | Adam Dale Updike |
| | Franklin Delano Anderson |
| 06-108 | Justin Heath Sanders |
| | Heather Renee Marcum |
| | Russell David Nickell |
| | Jarrod Miles Strong |
| 06-109 | Jon Shaunta Horton |
| 06-111 | Denny Lynn Adams |
| 06-116 | Yee Cheung |
| | Chan Iok Kuan Cheung |
| 06-117 | Isaac Rodriguez-Estrada |
| 06-120 | Melissa Ann Niece |
| | William David Jones |
| 06-121 | Terricia Graves Walker |
| 06-122 | Frederick Lee Hightower, Jr. |
| 06-123 | Raymundo Hernandez-Moreno |
| 06-124 | Manuel Horacio-Lopez |
| 06-125 | Inman Ngraha Usmansjah |
| 06-126 | Joey William McMahon |
| 06-128 | Bonnie G. Kendrick |
| 06-129 | Donna Ruth Cornish |
| 06-130 | George Anthony Walker |
| | Kelly Thomas |
| | Jennifer Lynn Davis |
| 06-131 | Dwayne Robertson |
| 06-132 | Frank G. Stivers |
| 06-133 | Renada D. Boone |
| 06-134 | Benjamin Harrison Allen |
| 06-135 | Robbie S. Adkinson |
| 06-136 | Dena Brooks |
| 06-141 | Kayla Renee Wafford |
| | Kolby Lee Wafford |
| 06-142 | Ricky Allen Pittman |
| 06-143 | Joyce Lynn Bousman |
| 06-144 | Francisco Martinez |

| | |
|---|---|
| 06-145 | Joseph Hugh Briley |
| 06-146 | Steven Loron Smith |
| | Darius Smith |
| | Laron Tiliaferro Cowan |
| 06-147 | Jose Camarena |
| 06-148 | Rodney Lee Brown |
| 06-149 | Whitney R. Innes, III |
| 06-150 | David Wayne Hurst |
| 06-152 | Jose Guadalupe Cervantes-Cruz |
| 06-153 | John Dale Mayes |
| 06-154 | Edwin Brian Koressel |
| 06-156 | Fidencio Perez-Hernandez |
| 06-157 | Erica Marie Walker |
| 06-158 | Ruben Juvenal Medellin-Olvera |
| 06-161 | Kyle G. McCarty |
| 06-162 | Joshua Todd Fayne |
| 06-163 | Armando Mendoz-Cortez |
| 06-166 | Larry Matthew Skaggs |
| 06-168 | Eduardo Robles Daniel |
| | Roni Edgardo Aguilar |
| 06-169 | Sotero Ochoa-Embriz |
| 06-170 | Jamies M. Davidson, Jr. |
| 06-171 | Julio Cesar Flores |
| 06-172 | Pedro Deira |
| 06-176 | Donnie Norris |
| 06-177 | Layton Hardy |
| 06-178 | Ismael Dominguez |
| | Marco Antonio Sanchez |
| 06-179 | Dontez Randolph |
| 06-180 | Bradley Montgomery |
| 06-181 | Carlos Rodriguez-Garcia |
| 06-182 | Oscar Teran-Castillo |
| 06-185 | Antwan D. Smith |
| 06-186 | Randy White |
| | George Miller, Jr. |
| 06-188 | Lucas Lusby |
| 06-190 | Carlos Lira-De La Cruz |
| 06-192 | Juan Luna Cervantes |
| 06-193 | Ramiro Hernandez-Carillo |
| 06-196 | Michael Lee Withrow |
| 06-197 | Barnava Nava-Santos |
| 06-198 | Tomas Vasquez-Vasquez |
| 06-199 | Davy E. Stewart |